UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM WHITLEY, a/k/a "Will" and "Willie" | No. 16 CR 719<br><br>Judge Virginia Kendall |

**PROTECTIVE ORDER GOVERNING COURT PROCEEDINGS**

Upon the motion of the government, and pursuant to Title 18, United States Code, Sections 3509 and 3771(a), it is hereby ORDERED:

1. At trial and during pre-trial and post-trial proceedings in this case, any alleged victim who is 18 years of age or older shall be referred to by that person's first name or by nickname. Last names shall not be used.

2. At trial and during pre-trial and post-trial proceedings in this case, Minor A shall be referred to by an alias or by a generic name, such as "Minor A." Minor A's first name and/or last name shall not be used.

3. All documents that disclose the first name and/or last name of Minor A must be filed under seal. All publicly filed documents shall refer to Minor A by an alias or by a generic name, such as "Minor A."

4. All documents that disclose the last name of any victim who is 18 years of age or older must be filed under seal. All publicly filed documents shall refer to those victims by a generic name, such as "Individual A," or by first name only.

5. This protective order supplements the previously entered Protective Order Governing Discovery (Docket No. 23). All of the provisions of the Protective Order Governing Discovery remain in place.

6. Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision hereof.

ENTER:

_____
VIRGINIA KENDALL
District Judge
United States District Court
Northern District of Illinois

Date: April 16, 2018