```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF ILLINOIS
                              EASTERN DIVISION

UNITED STATES OF AMERICA,         )   Docket No. 16 CR 00719-1
                                  )
                Plaintiff,        )   Chicago, Illinois
                                  )   October 10, 2018
         v.                       )   10:03 a.m.
                                  )
WILLIAM WHITLEY,                  )
                                  )
                Defendant.        )


                 TRANSCRIPT OF PROCEEDINGS - Status
              BEFORE THE HONORABLE VIRGINIA M. KENDALL


APPEARANCES:

For the Government:       UNITED STATES ATTORNEY'S OFFICE BY
                          MS. SARAH E. STREICKER
                          MS. MICHELLE PETERSEN
                          MR. JOSEPH STEWART
                          Assistant United States Attorneys
                          219 South Dearborn Street
                          5th Floor
                          Chicago, Illinois  60604




Court Reporter:           GAYLE A. McGUIGAN, CSR, RMR, CRR
                          Federal Official Court Reporter
                          219 South Dearborn, Room 2318-A
                          Chicago, Illinois 60604
                          (312) 435-6047
                          Gayle_McGuigan@ilnd.uscourts.gov
```

```
 1         (In open court:)
 2             MS. STREICKER:  Your Honor, with regard to the Whitley
 3     matter, I think we'll be setting another status anyway, if your
 4     Honor wants to call it --
 5             THE COURT:  Why don't we call it and see what happens.
 6             MS. STREICKER:  -- and then we can fill in Mr. Willis.
 7             THE CLERK:  16 CR 719, Defendant 1, U.S. versus
 8     William Whitley.
 9         (Defendant enters courtroom.)
10             THE COURT:  Good morning.
11             MS. STREICKER:  Good morning, your Honor.
12             THE COURT:  Mr. Whitley --
13             THE DEFENDANT:  Yes, ma'am.
14             THE COURT:  -- we haven't seen your attorney yet, but
15     the prosecutors tell me they're probably going to set just a
16     status.  And if we don't do anything substantively, I'll just
17     let know him.  I'll have my courtroom deputy call him and tell
18     him, okay?
19             So let me hear what's going on.
20             MS. STREICKER:  Yes, your Honor.
21             For the record, Sarah Streicker, Michelle Petersen,
22     and Joe Stewart on behalf of the United States.
23             Your Honor, since our last hearing, two things have
24     happened.
25             One is the government sent a letter to Mr. Willis, as
```

1   well as the Court, with some recommendations of trustees,
2   potential trustees. There are four on that list. So I think
3   one thing is we'd like to get Mr. Willis' input at the future
4   status.
5               THE COURT: Okay.
6               MS. STREICKER: The other thing, your Honor, is we did
7   also send a draft trust agreement -- or trust document, I
8   should say. And, of course, it won't be finalized until the
9   trustee is chosen. But just so counsel and the Court can see
10  what we were working on.
11              THE COURT: Okay. So what I'll do is just set this
12  over for a few weeks.
13              Is two weeks a good idea?
14              MS. STREICKER: I think that would be great, your
15  Honor.
16              And before I forget, just one other matter. The
17  Financial Litigation Unit needs to get some more information
18  regarding the Nationwide account that was set forth in the
19  supplement to the PSR, the account where the restitution funds
20  are coming from. I believe Mr. Stewart can speak to this. If
21  they can -- if the Court can enter an order so they can have
22  access to Probation's files, is it, Mr. Stewart?
23              MR. STEWART: Very simply, your Honor, in the minute
24  order setting the status, if you could just also include a
25  sentence just allowing the Probation Office to share the

1 address of Nationwide Retirement Solutions with us.

2 THE COURT: I can do that.

3 You can either have next Friday, or you go out into
4 November. So which one would you like?

5 MS. STREICKER: You know what, your Honor, let's do
6 next Friday.

7 THE COURT: Let's do noontime, 12:00 noon on the 19th.

8 And then I'm going to ask my court reporter if you
9 could just put the transcript up on the docket for Mr. Willis
10 so he'll know exactly what happened today. And he can view it
11 and review it with you. Okay? All right.

12 MS. STREICKER: Thank you, your Honor.

13 THE COURT: See you next Friday. Thanks.

14 (Proceedings concluded at 10:06 a.m.)

15 C E R T I F I C A T E

16 I certify that the foregoing is a correct transcript of the
17 record of proceedings in the above-entitled matter.

18

19
*/s/ GAYLE A. McGUIGAN*                              *October 11, 2018*
20 Gayle A. McGuigan, CSR, RMR, CRR                              Date
Official Court Reporter
21